# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Deborah Hunt Byrd,

    Plaintiff,

vs.

Michael Astrue,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

3:09-cv-263

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 9, 2010 Order.

Signed: June 9, 2010

Frank G. Johns, Clerk
United States District Court